IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Action No. 3:07-mc-00111-RJC

In RE:

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
Case No.: 6:05-cv-1624-18UAM

| | | |
|---|---|---|
| BELFOR USA GROUP, INC.,<br><br>        Plaintiff<br><br>vs.<br><br>BRAY & GILLESPIE, LLC a/k/a<br>BRAY & GILLESPIE MANAGEMENT,<br>LLC., WESTCHESTER SURPLUS<br>LINES INSURANCE COMPANY, AXIS<br>REINSURANCE COMPANY, AND<br>WACHOVIA BANK, N.A.,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | ORDER ALLOWING *PRO HAC VICE* ADMISSION OF COUNSEL |

Upon the Motion of Defendant, Bray & Gillespie, LLC a/k/a Bray & Gillespie Management, LLC, to allow the *pro hac vice* admission of Michael J. Lane as its counsel in this action, and it appearing to the Court that Mr. Lane is a member in good standing of the Bar of the State of New York, that he will be appearing in this action in association with a member in good standing of the Bar of this Court, and that the required admission fee of $100 has been paid to the Clerk of Court, and that, therefore, the Motion should be granted.

NOW, THEREFORE, it is hereby ORDERED that the Motion of Defendant, Bray & Gillespie, LLC, to allow the *pro hac vice* admission of Michael J. Lane as its counsel in this action is hereby granted.

SO ORDERED.

Signed: October 22, 2007

*Carl Horn, III*
_____

Carl Horn, III
United States Magistrate Judge